UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 26-00180-KK-AJRx** | Date: | February 10, 2026 |
| --- | --- | --- | --- |

Title:  *Cameron Harrell v. Parmjit Singh Khurana et al.*

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| --- | --- |
| None Present | None Present |

**Proceedings:    (In Chambers) ORDER TO SHOW CAUSE Regarding Sanctions**

On January 30, 2026, the Court issued an Order to Show Cause as to why the Court should not dismiss Plaintiff's ADA claim for lack of Article III standing. Dkt. 12. The Order specifically required Plaintiff's counsel to appear for a hearing before the Court on February 10, 2026, at 9:30 a.m. Id. Despite this Order, Plaintiff's counsel failed to appear. The Court further notes that Plaintiff's counsel's office was contacted via telephone, yet Plaintiff's counsel has yet to respond to the Court. Plaintiff's counsel has, thus, failed to comply with the Court's January 30, 2026 Order.

Accordingly, Plaintiff's counsel is ORDERED TO SHOW CAUSE in writing no later than February 13, 2026, as to why they should not be sanctioned in the amount of $500 for failing to comply with the Court's Order. In addition, Plaintiff is explicitly warned that failure to file a timely response may result in additional sanctions including dismissal for failure to prosecute and/or comply with the Court's orders. See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**